In the Matter of M. VARTAN MALCOLM, an Attorney.— Reference ordered to Hon. John Proctor Clarke, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of NASH ROCKWOOD, an Attorney.— Reference ordered to Hon. John Proctor Clarke, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of JOSEPH M. SMITH, an Attorney.— Reference ordered to Hon.

Alfred R. Page, official referee. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.